**UNITED STATES of America,
Appellee,**

v.

**Mohammed ABOULISSAN, also know
as Mike, Defendant–Appellant.**

No. 03–1216.

United States Court of Appeals,
Second Circuit.

Nov. 3, 2003.

Robin C. Smith, Brooklyn, NY, for Appellant.

Susan Corkery, Assistant United States Attorney, Brooklyn, N.Y. (Roslynn R. Mauskopf, United States Attorney, Eastern District of New York, and Peter A. Norling, on the brief), for Appellee, of Counsel.

PRESENT: Hon. JAMES L. OAKES, Hon. DENNIS JACOBS, and Hon. ROSEMARY S. POOLER, Circuit Judges.

*SUMMARY ORDER*

Mohammed Aboulissan appeals from an order entered in the United States District Court for the Eastern District of New York (Glasser, *J.*) on March 24, 2003, denying his motion for appointment of counsel to reargue the denial of his motion for permission to file a late notice of appeal. Familiarity is assumed as to the facts, the procedural context, and the specification of appellate issues.

This Court lacks jurisdiction over Aboulissan's appeal because his notice of appeal was untimely. *See* Fed. R.App. P. 4(b). We are mindful that Aboulissan may possess other remedies.

For the reasons set forth above, Aboulissan's appeal is hereby DISMISSED.